CHERYL L. SCHRECK, CA Bar No. 130083
cheryl.schreck@ogletreedeakins.com
RYAN H. CROSNER, CA Bar No. 278418
ryan.crosner@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213.239.9800
Facsimile: 213.239.9045

Attorneys for Defendants
LIFE CARE SERVICES LLC (erroneously named
as LIFE CARE SERVICES, LLC), LCS
DEVELOPMENT LLC (erroneously named as
NEW LCS DEVELOPMENT, LLC), LCS
HOLDINGS, INC. and MICHAEL PAGE

DAVID PAYAB, CA Bar No. 187887
dpayab@payablaw.com
LEONARD KIRSCHEN, CA Bar No. 228334
lkirschen@payablaw.com
PAYAB & ASSOCIATES
5850 Canoga Avenue, Suite 400
Woodland Hills, California 91367
Telephone: (818) 888-4546
Facsimile: (818) 888-4547

Attorneys for Plaintiff
DEBORAH KERNAHAN

JS-6

FILED
CLERK, U.S. DISTRICT COURT
AUG 20 2015
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH KERNAHAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LIFE CARE SERVICES, LLC, an Iowa Corporation; NEW LCS DEVELOPMENT, LLC, an Iowa Corporation; LCS HOLDINGS, INC., an Iowa Corporation; MICHAEL PAGE, an individual; and DOES 1 TO 50,<br><br>Defendants. | Case No. CV 14-06813 MWF (PLAx)<br><br>[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE<br><br><br><br><br><br><br><br>Complaint Filed: July 17, 2014<br>Trial Date: October 20, 2015<br>District Judge: Michael W. Fitzgerald<br>Magistrate Judge: Paul L. Abrams |

Proposed-Order-Dismissal-003

Case No. CV 14-06813 MWF (PLAx)
[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

Having read and considered the Parties' Joint Stipulation, and for good cause appearing, the Court makes the following order:

1. The entire case is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii).
2. The Court retains jurisdiction to enforce the terms of the settlement agreement.

IT IS SO ORDERED.

DATED: August 29 2015

HON. MICHAEL W. FITZGERALD